UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MOSE PERKINS (#107814)            CIVIL ACTION

VERSUS

LOUISIANA PAROLE BOARD            NO.: 12-00780-BAJ-RLB

## RULING AND ORDER

On April 2, 2013, the United States Magistrate Judge issued a report and recommendation, pursuant to 28 U.S.C. § 636(b)(1), recommending that Plaintiff Mose Perkins's action be dismissed as legally frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(g) and 1915A, without prejudice to Plaintiff's right to seek federal habeas corpus relief after exhaustion of state court remedies (Doc. 5). Plaintiff filed a timely objection to the report and recommendation on April 15, 2013 (Doc. 6).

Having carefully considered the Magistrate Judge's Report, the record, and the applicable law, the Court concludes that the Magistrate Judge's Report is correct, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report (Doc. 5)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that the above captioned matter is **DISMISSED without prejudice** to Plaintiff's right to seek federal habeas corpus relief after exhaustion of state court remedies.

Baton Rouge, Louisiana, this 1st day of November, 2013.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**